No. 622. NEW YORK LIFE INSURANCE CO. ET AL. *v.* ALEXANDER, EXECUTOR, ET AL. Motion to dismiss distributed February 13, 1937. Decided March 1, 1937. *Per Curiam:* The motion of the appellees to dismiss the appeal is granted, and the appeal is dismissed for the reason that the judgment sought here to be reviewed is based upon a nonfederal ground adequate to support it. *Enterprise Irriga-*

638

*tion Dist.* v. *Canal Co.,* 243 U. S. 157, 163, 164; *Fox Film Corp.* v. *Muller,* 296 U. S. 207, 210, 211; *Lansing Drop Forge Co.* v. *American State Savings Bank,* 297 U. S. 697. See *New York Life Insurance Co.* v. *Blaylock,* 144 Miss. 541. *Messrs. William H. Watkins, P. H. Eager, Jr.,* and *Louis H. Cooke* for appellants. *Mr. W. E. Morse* for appellees.